UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENVIRONMENTAL GEO-TECHNOLOGIES, LLC,
a Michigan limited liability company;
POLICE AND FIRE RETIREMENT SYSTEM OF
THE CITY OF DETROIT, a municipal retirement
system; RDD INVESTMENT CORP., a Michigan
corporation; and RDD OPERATIONS, LLC, a Michigan
limited liability company,

   Plaintiffs,        Case No. 10-12641
                 Hon. Patrick J. Duggan

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and LISA P. JACKSON,
Administrator of the United States Environmental
Protection Agency,

   Defendants.
_____

**STIPULATED ORDER GRANTING JOINT MOTION
FOR CONTINUATION OF STAY OF PROCEEDINGS**

  THIS MATTER having come before the Court upon the Joint Motion of the parties for a continuation of a stay of the proceedings in this matter, the Parties having appeared by and through their respective counsel of record, the Court having considered the Joint Motion, reviewed the Court file, and being otherwise fully advised on the premises,

  FINDS:

  The Joint Motion for Continuation of Stay of Proceedings is well-taken and should be granted.

  IT IS THEREFORE ORDERED that:

1. The stay of proceedings in this case is continued until September 27, 2011, and all pretrial deadlines between now and the end of the stay shall be, and hereby are, vacated; and

2. During the stay, the Parties shall confer in accordance with Section III.Q. of the Settlement Agreement.

3. The Parties shall file a status report with this Court prior to or upon expiration of the stay in the event that the stay needs to be extended and/or modified, or at any other time upon order of this Court.

4. The Parties retain all reservations of rights, and defenses, recognized by and provided for in the Settlement Agreement, or established by any applicable provision of law.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  August 25, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Attorneys for Environmental Geo-Technologies, LLC | CLARK HILL PLC<br>Attorneys for the Police and Fire Retirement System of the City of Detroit, RDD Operations, LLC and RDD Investment Corp. |
| By: s/ with consent of Jeffrey L. Woolstrum<br>    John D. Pirich (P23204)<br>    Joseph M. Polito (P25313)<br>    Jeffrey L. Woolstrum (P45421) | By: s/ with consent of Ronald A. King<br>    Ronald A. King (P45088)<br>    Joseph E. Turner (P44135)<br>    Kristin B. Bellar (P69619) |
| 2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000 | 212 East Grand River Ave.<br>Lansing, Michigan 48906<br>(517) 318-3100 |

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

By: s/ Joshua M. Levin
    Joshua M. Levin

Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-4198

Attorneys for the United States Environmental Protection Agency and EPA Administrator Lisa P. Jackson